# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-2284-R　　　　　　　　　　　　　**DATE:** NOV. 9, 2009

**TITLE:** DANYANG RONGHUA TRADE CO LTD -V- MERRIES INT'L INC et al
==================================================================
**PRESENT:**

　　　　　　　　　　**HON. MANUEL L. REAL, JUDGE**

　　William Horrell　　　　　　　　　　　　　　N/A
　　**Deputy Clerk**　　　　　　　　　　　　　**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANT:**

　　Not present　　　　　　　　　　　　　　Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be
　　　　　　　　　dismissed for lack of prosecution

　　THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 30,

　　2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

　　ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

　　TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

　　ON DEFENDANT.

　　　PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

　　FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


　　cc: counsel of record


**MINUTES FORM II**　　　　　　　　　　　　　　　Initials of Deputy Clerk__WH___
**CIVIL - GEN**　　　　　　　　　D-M